# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| **VIRTUS NUTRITION LLC,**<br><br>                                           **Plaintiff,**<br>                  v.<br>**THE UNITED STATES**<br><br>                                           **Defendant**. | **S U M M O N S**<br><br>**Court No.  21-165** |

**TO:**   The Attorney General and the Secretary of the Treasury:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. 1581(a) to contest the denial of the protest specified below (and the protests listed in the attached schedule).

**/s/ Mario Toscano**
Clerk of the Court

**PROTEST**

| **Port of Entry:** 2809 San Francisco, CA | **Date Protest Filed**:         March 31, 2021 |
|---|---|
| **Protest Number:**   2809-21-108203 | **Date Protest Denied:**         April 7, 2021 |
| **Importer:**  VIRTUS NUTRITION, LLC | |
| **Category of merchandise:** Palm fatty acid distillates and palm stearin | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| **Entry Number** | **Date of Entry** | **Date of Exclusion** | **Entry Number** | **Date of Entry** | **Date of Liquidation** |
|---|---|---|---|---|---|
| 808-2100373-0 | 02/10/2021 | 03/23/2021 | | | |
| | | | | | |
| | | | | | |

| US Customs & Border Protection<br>555 Battery Street, Room 319<br>San Francisco, CA  94111 | John M. Peterson.<br>Neville Peterson LLP<br>One Exchange Plaza at 55 Broadway<br>New York, New York 10006<br>(212) 635-2730 |
|---|---|

# CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | **Statutory Basis** | **Statement of Value** |
| **Appraised:** | | |
| **Protest Claim:** | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | **Assessed** | | **Protest Claim** | |
| **Merchandise** | **Paragraph or Item Number** | **Rate** | **Paragraph or Item Number** | **Rate** |
| | | | | |

**Other**

Exclusion of merchandise from entry pursuant to 19 U.S.C. §1307 for claimed violation of Withhold Release Order addressed to palm oil products made by Sime Darby Plantation Bhd.

**The issue which was common to all such protests:**
Whether the goods are subject to exclusion pursuant to 19 U.S.C. §1307.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

                                                         /s/ John M. Peterson
                                                       *Signature of Plaintiff's Attorney*

                                                       April 15, 2021
                                                              *Date*