UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY M. REIF, JUDGE

```
------------------------------------------------------------------ X
VIRTUS NUTRITION, LLC                             :
                                                  :
         Plaintiff,                               :
                                                  :
                                                  :
         v.                                       :       No. 21-00165
                                                  :
THE UNITED STATES                                 :
                                                  :
         Defendant.                               :
------------------------------------------------------------------ X
```

## ORDER

Upon consideration of the parties' joint proposed scheduling order, the Court hereby enters the following schedule for this litigation:

1. Defendant shall file its Answer to the Complaint within ten (10) days from the date of this Order;

2. Fact discovery shall be completed by August 27, 2021;

   a. Plaintiff must serve its first set of written discovery requests within two (2) days of the entry of this order.

   b. Defendant shall respond to the one document request identified by the parties (*i.e.,* Request No. 6 of Plaintiff's Proposed First Request for Production of Documents), no later than twenty-one (21) days from the date of this Order. Any privileged information shall be designated through appropriate redactions and a corresponding privilege log.

3. Any motions regarding discovery shall be filed by September 3, 2021;

4. Requests for trial shall be filed by September 7, 2021, and will be accompanied by a proposed Order Governing Preparation for Trial;

5.  If no request for trial is made, dispositive motions, if any, shall be filed by September 14, 2021. A brief in response to a dispositive motion may include a dispositive cross-motion.

/s/ Timothy M. Reif
The Hon. Timothy M. Reif, Judge
United States Court of International Trade

Dated: This 25th day of May, 2021
New York, NY