UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:      HON. TIMOTHY M. REIF JUDGE

| | | |
|---|---|---|
| VIRTUS NUTRITION, LLC, | : | |
| | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | Court No. 21-00165 |
| | : | |
| v. | : | |
| | : | |
| THE UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **<u>ORDER</u>**

Upon reading and filing the motion of the American Apparel & Footwear Association to file a brief as *Amicus Curiae* and upon other papers and proceeding had herein, it is hereby

**ORDERED** that the motion for leave to file a brief as *Amicus Curiae* is hereby granted, and it is hereby further

**ORDERED** that the brief filed with the motion shall be deemed filed as of the date of this Order.

_____
TIMOTHY M. REIF, JUDGE

Dated: _____
          New York, NY

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:      HON. TIMOTHY M. REIF JUDGE

| | |
|---|---|
| VIRTUS NUTRITION, LLC, | : |
| | : |
| | : |
| Plaintiff, | : |
| | : Court No. 21-00165 |
| | : |
| v. | : |
| | : |
| THE UNITED STATES, | : |
| | : |
| Defendant. | : |
| | : |

### MOTION FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE*

Pursuant to the provisions of Rules 7 and 76, the American Apparel & Footwear

Association hereby moves for leave to file a brief as *Amicus Curiae*.  The reasons in support of

this motion are set forth in the memorandum annexed hereto which is made part of this motion

Respectfully submitted,

**SANDLER, TRAVIS & ROSENBERG, P.A.**
Attorneys for *Amicus Curiae*
675 Third Avenue, Suite 1805-06
New York, New York 10017
(212) 549-0156

By:   /s/Patrick D. Gill
           Patrick D. Gill

Dated:  August 26, 2021

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:      HON. TIMOTHY M. REIF JUDGE

| | | |
|---|---|---|
| VIRTUS NUTRITION, LLC, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | Court No. 21-00165 |
| | : | |
| v. | : | |
| | : | |
| THE UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## <u>MEMORANDUM IN SUPPORT OF MOTION<br>FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE*</u>

This motion for leave to appear as *Amicus Curiae* has been filed by the American Apparel & Footwear Association (AAFA) because we respectfully submit that the association is uniquely qualified to assist the Court with respect to the issues presented in this case.  The AAFA membership consists of importers, domestic manufacturers, and suppliers who have a broad perspective on the consequences of the enforcement of the forced labor statute by Customs and Border Protection (CBP).  The AAFA is the national trade association representing apparel (including legwear), footwear, and other sewn product companies and their suppliers and workers, which compete in a global market and import goods into, and export goods out of, the United States.  The AAFA members contribute more than $350 billion in annual U.S. retail sales.  The membership of AAFA, constitutes an important and critical part of the U.S. economy.

The AAFA a strongly supports the forced labor statute and efforts to end the forced labor scourge globally.  However, the enforcement of that statute by CBP has been marked by lack of due process, an unreasonable standard of evidence, lack of transparency, and arbitrary and

capricious decisions. We respectfully submit that an *Amicus* brief by AAFA would be of assistance to the Court because its members have also experienced unwanted exclusions of merchandise from entry by CBP that are like those described in plaintiff's complaint. The enforcement of the statute by CBP has had drastic consequences on the members and has had a devastating impact on their sales, on American manufacturers, and on the consumer. We believe that the Court, in reaching its decision in this case, would benefit from having a presentation of the experience of the AAFA members. Pursuant to Rule 76, the *Amicus* brief for AAFA is conditionally filed with this motion.

For all of these reasons, we respectfully request that the motion for leave to file the *Amicus* brief should be granted.

Respectfully submitted,

**SANDLER, TRAVIS & ROSENBERG, P.A.**
Attorneys for *Amicus Curiae*
675 Third Avenue, Suite 1805-06
New York, New York 10017
(212) 549-0156

By:    /s/Patrick D. Gill
       Patrick D. Gill

Dated:  August 26, 2021