UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HONORABLE TIMOTHY M. REIF, JUDGE

_____
:
VIRTUS NUTRITION, LLC,                              :
:
                     Plaintiff,          :          Court No.  21-00165
:
              v.                                   :
:
UNITED STATES,                                          :
:
                     Defendant.     :
_____:

# ORDER

     Upon consideration of the defendant's motion for an extension of time of twenty-nine (29) days to respond to the motion made by American Apparel and Footwear Association, a non-party, to file a brief as *Amicus Curiae* in this action; and upon consideration of other papers and proceedings had herein, it is hereby

     ORDERED that defendant's motion be, and hereby is, granted; and it is further

     ORDERED that defendant's time to file its response to the motion filed by American Apparel and Footwear Association be, and hereby is, extended to, and including, November 5, 2021.

                                                   _____
                                                   TIMOTHY M. REIF, JUDGE

Dated: _____
       New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE TIMOTHY M. REIF, JUDGE

_____
                                              :
VIRTUS NUTRITION, LLC,                        :
                                              :
                    Plaintiff,                :    Court No. 21-00165
                                              :
        v.                                    :
                                              :
UNITED STATES,                                :
                                              :
                    Defendant.                :
_____:

**MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE REQUEST BY AMERICAN APPAREL AND FOOTWEAR ASSOCIATION TO FILE A BRIEF AS *AMICUS CURIAE***

The United States (the Government), pursuant to Rules 6(b) and 7 of the United States Court of International Trade, hereby moves this Court for an extension of time of twenty-nine (29) days, from October 7, 2021, to and including November 5, 2021, to respond to the motion by American Apparel and Footwear Association (American Apparel), to file a brief as *Amicus Curiae* in this action.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act. USCIT Rule 6(b)(1)(A). "Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule." *POSCO, et al. v. United States*, Ct. Int'l Trade No. 16-00225, April 21, 2017 order (Docket entry no. 50) (citing *High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); and *United States v. Horizon Prods. Int'l, Inc.*, 34 F. Supp. 3d 1365, 1367 (2014) (diligence is the "primary

consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b)).

Good cause exists to extend the Government's time to respond to the motion filed by American Apparel. Plaintiff, Virtus Nutrition, LLC, and the Government are actively working towards a resolution of this matter without the need for further involvement by the Court. Since the filing of the last request for an extension, the parties have made progress towards resolving this matter. Plaintiff is actively seeking a suitable terminal for the exportation of the subject merchandise. *See* Docket No. 32. As a result, we are seeking to further extend the time, by an additional 30 days, for the Government to respond to the motion by American Apparel, in effort to resolve the case without the need of responding to the additional arguments presented by American Apparel in its proposed *Amicus Curiae* brief. The Government is hopeful that a resolution can be reached between the parties during this time period. The additional time will allow both the Government and the Court to avoid work that will, in all likelihood, be unnecessary.

Counsel for plaintiff informed the undersigned that, on behalf of his client, he consents to the Government's requested extension. Also, on the evening of October 5, 2021, undersigned counsel also contacted counsel for American Apparel to obtain its position on this motion but she did not receive a response from American Apparel prior to filing this motion. The Government is filing this motion today in order to provide the Court with ample time to consider the motion prior to the October 7, 2021 due date.

WHEREFORE, the Government respectfully requests that the Court grant its requested extension.

                                          Respectfully submitted,

                                          BRIAN M. BOYNTON
                                          Acting Assistant Attorney General

                                          JEANNE E. DAVIDSON
                                          Director

By:    /s/ Justin R. Miller
        JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

        /s/ Marcella Powell
        MARCELLA POWELL
        Senior Trial Counsel

        /s/ Monica P. Triana
        MONICA P. TRIANA
        Trial Attorney
        Department of Justice, Civil Division
        Commercial Litigation Branch
        26 Federal Plaza – Suite 346
        New York, New York 10278
        (212) 264-9237

Dated: October 5, 2021                *Attorneys for Defendant*