UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:    HON. TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| VIRTUS NUTRITION, LLC, | : |
| Plaintiff, | : |
| v. | Court No. 21-00165 |
| THE UNITED STATES, | : |
| Defendant. | : |

**ORDER**

Upon consideration of defendant's motion for an extension of time to respond to the motion made by American Apparel and Footwear Association to file a brief as *Amicus Curiae* in this action; American Apparel and Footwear Association's response in opposition thereto; and upon consideration of other papers and proceedings had herein, it is hereby

**ORDERED** that defendant's motion be, and hereby is, denied.

TIMOTHY M. REIF, JUDGE

Dated: _____
       New York, NY

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:   HON. TIMOTHY M. REIF, JUDGE

|  |  |
|---|---|
| VIRTUS NUTRITION, LLC, : | |
| : | |
| Plaintiff, : | Court No. 21-00165 |
| : | |
| v. : | |
| : | |
| THE UNITED STATES, : | |
| : | |
| Defendant. : | |

**RESPONSE BY AMERICAN APPAREL AND FOOTWEAR ASSOCIATION IN OPPOSITION TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE REQUEST BY AMERICAN APPAREL AND FOOTWEAR ASSOCIATION TO FILE A BRIEF AS *AMICUS CURIE***

Defendant has moved for an extension of time to respond to the request by American Apparel and footwear Association (hereinafter: AAFA) to file a brief as *Amicus Curie*. AAFA is opposed to this motion for an extension because no grounds have been set forth which would justify the extension, much less good cause therefor. There is no reason why the brief should not be accepted and defendant has not proffered any reason. Instead, defendant argues that because a settlement may be reached between the parties, it should not have to reply to AAFA's brief. Defendant's Motion, p. 2. At this point, defendant does not have to respond to the brief, and as a result, its motion is premature. If the brief is accepted by the Court and a settlement may be in sight, at that point a motion for an extension of time to respond to the brief would be appropriate. Defendant has simply jumped the gun and not set forth any reason why the brief should not be accepted which would then set in place a response deadline for defendant.

For all of these reasons, we respectfully submit that defendant's motion should be denied.

    Respectfully submitted,

    **SANDLER, TRAVIS & ROSENBERG, P.A.**
    Attorneys for *Amicus Curiae*
    675 Third Avenue, Suite 1805-06
    New York, New York 10017
    (212) 549-0156

    By:   /s/Patrick D. Gill
         Patrick D. Gill

Dated: October 6, 2021