UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| VIRTUS NUTRITION, LLC, : | |
| : | |
| Plaintiff, : | Court No. 21-00165 |
| : | |
| v. : | |
| : | |
| UNITED STATES, : | |
| : | |
| Defendant. : | |

**ORDER**

Upon consideration of defendant's consent motion for an extension of time of approximately thirty (30) days to respond to the motion made by American Apparel and Footwear Association, a non-party, to file a brief as *Amicus Curiae* in this action; and upon consideration of other papers and proceedings had herein, it is hereby

ORDERED that defendant's motion be, and hereby is, granted; and it is further

ORDERED that defendant's time to file its response to the motion filed by American Apparel and Footwear Association be, and hereby is, extended to, and including, January 3, 2022.

_____
TIMOTHY M. REIF, JUDGE

Dated: _____
New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| VIRTUS NUTRITION, LLC, | : |
| Plaintiff, | : Court No. 21-00165 |
| v. | : |
| UNITED STATES, | : |
| Defendant. | : |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE REQUEST BY AMERICAN APPAREL AND FOOTWEAR ASSOCIATION TO FILE A BRIEF AS *AMICUS CURIAE***

The United States (the Government), pursuant to Rules 6(b) and 7 of the United States Court of International Trade, hereby moves this Court for an extension of time of approximately thirty (30) days, from December 3, 2021, to and including January 3, 2022, to respond to the motion by American Apparel and Footwear Association (American Apparel), to file a brief as *Amicus Curiae* in this action.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act.  USCIT Rule 6(b)(1)(A).  "Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule."  *POSCO, et al. v. United States*, Ct. Int'l Trade No. 16-00225, April 21, 2017 order (Docket entry no. 50) (citing *High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); and *United States v. Horizon Prods. Int'l, Inc.*, 34 F. Supp. 3d 1365, 1367 (2014) (diligence is the "primary

consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b)).

Good cause exists to extend the Government's time to respond to the motion filed by American Apparel. Plaintiff, Virtus Nutrition, LLC, has informed the Court that it anticipates a sale and re-exportation of the merchandise at issue. On October 27, 2021, plaintiff advised that the United States Coast Guard will be conducting an inspection of the two-way hydrant system located at the port where the merchandise is being stored (the Penny Newman Grain Terminal facility) that could pump palm oil distillates onto a tanker vessel, and that it anticipates that the goods will soon be in a position to be exported, and the parties will be able to resolve this action without further litigation. *See* Docket No. 37. As of November 23, 2021, plaintiff indicated that it is still awaiting the inspection by the Coast Guard. *See* Docket No. 41. As a result, we are seeking to further extend the time for the Government to respond to the motion by American Apparel, by approximately 30 days, in an effort to resolve the case without the need of responding to the additional arguments presented by American Apparel in its proposed *Amicus Curiae* brief. The additional time will allow both the Government and the Court to avoid expending effort concerning the pending *Amicus Curiae* motion that will, in all likelihood, be unnecessary.

On December 3, 2021, Patrick D. Gill of Sandler, Travis & Rosenberg, P.A., counsel for American Apparel, indicated that American Apparel consents to the relief requested in this motion.

On December 3, 2021, John Peterson of Neville Peterson LLP, counsel for plaintiff, Virtus Nutrition, LLC, indicated that plaintiff consents to the relief requested in this motion.

WHEREFORE, the Government respectfully requests that the Court grant its requested extension.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Marcella Powell
MARCELLA POWELL
Senior Trial Counsel

/s/ Monica P. Triana
MONICA P. TRIANA
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
(212) 264-9237
*Attorneys for Defendant*

Dated: December 3, 2021