UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE TIMOTHY M. REIF, JUDGE

_____

| | |
|---|---|
| VIRTUS NUTRITION, LLC, | : |
| Plaintiff, | : Court No. 21-00165 |
| v. | : |
| UNITED STATES, | : |
| Defendant. | : |

_____

# ORDER

Upon consideration of the defendant's consent motion for a stay of the Government's response to the motion made by American Apparel and Footwear Association, a non-party, to file a brief as *Amicus Curiae* in this action and upon all other papers and proceedings had herein, it is hereby

**ORDERED** that defendant's consent motion be, and hereby is, granted; and it is

**ORDERED** that the defendant's response is stayed pending the exportation of the merchandise and the dismissal of the matter by plaintiff; and it is

**ORDERED** that should litigation on the merits in this action resume, defendant will provide the Court with a status report that includes a proposed date for its response to American Apparel and Footwear Association's motion within fifteen (15) days after the resumption of the litigation.

_____
TIMOTHY M. REIF, JUDGE

Dated: New York, NY
This __ day of _____ 2022

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE TIMOTHY M. REIF, JUDGE

_____

| | |
|---|---|
| VIRTUS NUTRITION, LLC, | : |
| Plaintiff, | : Court No. 21-00165 |
| v. | : |
| UNITED STATES, | : |
| Defendant. | : |

_____

## CONSENT MOTION TO STAY DEFENDANT'S RESPONSE TO THE MOTION MADE BY AMERICAN APPAREL AND FOOTWEAR ASSOCIATION TO FILE A BRIEF AS *AMICUS CURIAE* IN THIS ACTION

Defendant, the United States, pursuant to Rules 1, 6, and 7 of the United States Court of International Trade, hereby moves this Court for an Order staying its response to the motion made by American Apparel and Footwear Association (American Apparel) to file a brief as *amicus curiae*.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). Indeed, a decision as to whether to grant a stay is at the sound discretion of the trial court, where it must weigh competing interests. *Cherokee Nation of Oklahoma v. United States,* 124 F.3d 1413, 1416 (Fed.Cir.1997) (ruling that the decision as to whether, "[w]hen and how to stay proceedings is within the sound discretion of the trial court"); *see Landis*, 299 U.S. at 254-55. Indeed, "factors that may weigh against a proposed stay (such as the general interest in the 'speedy disposition of litigation') must be balanced against other factors, such as the interest in efficiency, the interest

in judicial economy, and the interest in conserving parties' resources, as well as other considerations such as the interest in consistency in judicial decisionmaking, and 'public welfare' and 'convenience.'" *Jiaxing Bro. Fastener Co., Ltd. v. U.S.*, 179 F. Supp. 3d 1156, 1161, n. 8 (Ct. Intl. Trade 2016) (citing *Landis*, 299 U.S. at 254, 256). Although a "strong showing" of need for a stay may be required in certain circumstances, that it is *only* where there is a "fair possibility" that the stay will work damage to someone else. *Jiaxing*, 179 F. Supp. 3d at 1160 (quoting *Landis*, 299 U.S. at 255).

Here, a stay of defendant's response to American Apparel's motion to file a brief as *amicus curiae* will not result in an injury to any party, and it will promote judicial economy and conserve party and judicial resources. Indeed, good cause exists for this motion. As explained in both plaintiff's previous motions to amend the Court's scheduling order and the Government's previous motions to extend the time to file its response to American Apparel's motion, it is likely that the parties will be able to resolve this action without further litigation on the merits.

Additionally, on February 25, 2022, the Court held a teleconference with the parties for the purpose of ascertaining the status of the exportation of the merchandise and the manner in which the parties would like to proceed in this action. Counsel for plaintiff explained that the modifications of the port where the merchandise is being stored (the Penny Newman Grain Terminal facility) are complete and that the next step is the inspection or examination of the modifications by the Environmental Protection Agency (EPA). However, it is not known when the EPA inspection will take place. While the parties did not agree on an approach for achieving a stipulation of dismissal, plaintiff made it clear that this action will likely not proceed on the merits. The resolution of this action without further litigation on the merits would render American Apparel's motion moot. Thus, a stay of the Government's response to American

2

Apparel's motion would obviate the need for the parties and the Court to expend resources on a motion that likely is not viable. Should plaintiff indicate its intent to resume litigation on the merits, we will file a status report with the Court and request that the stay of the Government's response to American Apparel's motion be lifted.

On March 1, 2022, Patrick D. Gill of Sandler, Travis & Rosenberg, P.A., counsel for American Apparel, indicated that American Apparel consents to the relief requested in this motion.

On March 3, 2022, John M. Peterson of Neville Peterson, LLP, counsel for Virtus Nutrition, LLC, indicated that Virtus consents to the relief requested in this motion.

WHEREFORE, the Government respectfully requests that the Court grant its requested stay.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

By:    /s/ Justin R. Miller
        JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

        /s/ Marcella Powell
        MARCELLA POWELL
        Senior Trial Counsel

        /s/ Monica P. Triana
        MONICA P. TRIANA
        Trial Attorney
        Department of Justice, Civil Division
        Commercial Litigation Branch

Dated: March 3, 2022                     26 Federal Plaza – Suite 346
                                         New York, New York 10278
                                         (212) 264-9237
                                         *Attorneys for Defendant*