UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE TIMOTHY M. REIF, JUDGE

_____

| | |
|---|---|
| VIRTUS NUTRITION, LLC, : | |
| : | |
| Plaintiff, : | Court No. 21-00165 |
| : | |
| v. : | |
| : | |
| UNITED STATES, : | |
| : | |
| Defendant. : | |

_____

### ORDER

Upon consideration of the defendant's consent motion for a stay of the Government's response to the motion made by American Apparel and Footwear Association, a non-party, to file a brief as *Amicus Curiae* in this action, and upon all other papers and proceedings had herein, it is hereby

**ORDERED** that defendant's motion be, and hereby is, granted in part; and it is

**ORDERED** that defendant's response to the motion made by American Apparel and Footwear Association is stayed; and it is

**ORDERED** that the parties shall provide the Court with a joint status report on or before May 6, 2022, addressing whether they remain hopeful of a resolution of this action without further litigation, and the reasons therefor, or recommend lifting the stay and continuing to trial.

                                                   /s/ Timothy M. Reif
                                                   _____
                                                   TIMOTHY M. REIF, JUDGE

Dated: March 7, 2022
       New York, New York