UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **VIRTUS NUTRITION LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>    Defendant. | Before: Timothy M. Reif, Judge<br><br>Court No. 21-00165 |

## ORDER

On July 28, 2022, the court held a teleconference with the parties in the above-captioned case, in which the parties addressed delays with respect to the potential resolution of the instant action. Teleconference, ECF No. 73. Upon consideration of this teleconference and all other papers and proceedings in the above-captioned case, it is hereby:

**ORDERED** that plaintiff show cause by September 29, 2022, as to why the instant action should not be dismissed for lack of prosecution pursuant to U.S. Court of International Trade Rule 41(b)(3).

**SO ORDERED**.

                                                /s/     Timothy M. Reif
                                                                Judge

Dated: August 30, 2022
       New York, New York