## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **VIRTUS NUTRITION LLC,**<br><br>          Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>          Defendant. | **Before: Timothy M. Reif, Judge**<br><br>**Court No. 21-00165** |

### JUDGMENT

This case having been submitted for decision, and the Court, after due deliberation, having rendered an opinion; now in conformity with that opinion, it is hereby

**ORDERED** that plaintiff's motion to dismiss the instant action pursuant to U.S. Court of International Trade Rule 41(a)(2) is granted in part and denied in part; it is further

**ORDERED** that the instant action is dismissed with prejudice; and it is further

**ORDERED** that the motion of the American Apparel & Footwear Association for leave to file a brief as amicus curiae is denied as moot.

/s/     Timothy M. Reif
Judge

Dated: December 15, 2022
          New York, New York